# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SOMOAN OLDEN,            )
                         )
            Petitioner,  )
                         )    CIVIL ACTION
v.                       )
                         )    No. 16-3169-JWL
CLAUDE MAYE, Warden,     )
USP-Leavenworth,         )
                         )
            Respondent.  )
                         )

## ORDER TO SHOW CAUSE

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. 2241. The court has examined the record and finds that a responsive pleading is required.

IT IS, THEREFORE, BY THE COURT ORDERED that the respondent is hereby required to show cause on or before **September 6, 2016** why the writ should not be granted; that the petitioner is until **October 6, 2016** to file a traverse thereto, admitting or denying under oath all factual allegations therein contained; and that the file then be returned to the undersigned judge for such further action as may be appropriate.

Copies of this order shall be transmitted to the parties and to the U.S. Attorney for the District of Kansas.

**IT IS SO ORDERED.**

**Dated this 5th day of August, 2016 at Kansas City, Kansas.**

s/ John W. Lungstrum
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**